UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) |
| vs. | ) NO. 1:12-cv-00840-RLY-MJD |
| JOHN DOES 1-8, | ) |
| BRIAN LACEY, | ) |
| HECTOR HERNANDEZ, | ) |
| JAMES DUMAS, | ) |
| PAUL ALLOR, | ) |
| RYAN OURS, | ) |
| Defendants. | ) |

**MINUTE ENTRY FOR OCTOBER 29, 2012**
**SETTLEMENT CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The Plaintiff and John Doe 1 appeared by counsel telephonically for a settlement conference. The parties discussed issues relating to settlement. Accordingly, the Court will grant, by separate order, relief from the Court's no contact order to allow these parties to continue their settlement discussions directly. Counsel for Plaintiff is ordered to serve this order on Counsel for John Doe 1.

Dated: 10/29/2012

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel